```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 07 B 21605
   JULIO CESAR HERNANDEZ
                                           CHAPTER 13

                                           JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-5868
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/16/07 .

    2.  The case was converted to Chapter 7 without confirmation, 05/09/2008.

    3.  The Debtor paid a total of $   7889.60 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | SECURED | .00 | .00 | 4157.83 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | .00 | .00 | 1451.57 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 1380.57 | .00 | 1283.30 |
| WFNNB/HARLEM FURNITURE | SECURED | .00 | .00 | 571.29 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| ADVANTA BANK CORP | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO AREA BUILDING SP | UNSECURED | NOT FILED | .00 | .00 |
| DELL PREFERRED ACCT | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | .00 | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| CITICORP CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| ICI PAINTS | UNSECURED | NOT FILED | .00 | .00 |
| FIRST EQUITY CARD | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| MACYS | UNSECURED | NOT FILED | .00 | .00 |
| PLATTE RIVER INSURANCE C | UNSECURED | NOT FILED | .00 | .00 |

```
PROVIDIAN                    UNSECURED     NOT FILED              .00        .00
PLS CHECK CASHERS            UNSECURED     NOT FILED              .00        .00
HOME DEPOT CREDIT SERVIC     UNSECURED     NOT FILED              .00        .00
WELLS FARGO FINANCIAL        UNSECURED     NOT FILED              .00        .00
WEST SUBURBAN BANK           UNSECURED     NOT FILED              .00        .00
     Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER       TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 1380.57         .00          .00         .00     1380.57
PRINCIPAL PAID     7463.99         .00          .00         .00     7463.99
INTEREST PAID          .00         .00          .00         .00         .00
TOTAL PAID         7463.99         .00          .00         .00     7463.99
```

The Debtor's attorney, JOHN A REED                           , was allowed $      .00
and was paid $       .00 .

The Trustee received $    425.61 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 08/20/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 21605 JULIO CESAR HERNANDEZ